UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE RESERVE CAPITAL CORP. and TIOGA PARK, LLC, | Chapter 11<br>Bankr. Case No. 03-60071-6-sdg |
| Debtors. | |

|  |  |
|---|---|
| JAMES W. HAWKINS and<br>LORI JO HAWKINS, | Dist. Ct. Case No. 6:07-CV-766<br>(LEK) |
| Appellants, | |
| -against- | |
| CHAPTER 11 TRUSTEE, | |
| Appellee. | |

**DECISION AND ORDER**

Appellants James W. Hawkins and Lori Jo Hawkins ("Appellants") are appealing from an Order of the United States Bankruptcy Court for the Northern District of New York (Gerling, Chief B.J.), dated July 6, 2007. See Dkt. No. 1. Appellants' Notice of Appeal was filed with the Bankruptcy Court on July 13, 2007, and was transmitted to this Court on July 25, 2007. See Dkt. No. 1. Appellants have not complied with Bankruptcy Rule 8006, and this Court has received the Certification of Non-Compliance from the Clerk of the Bankruptcy Court. See Dkt. No. 1, Attach. 5. No extension of time has been granted. Id.

Accordingly, it is hereby:

**ORDERED**, that the appeal is **DISMISSED**; and it is further

1

**ORDERED**, that the Clerk of the Court shall serve copies of this Order upon the parties to this action.

**IT IS SO ORDERED**.

DATED: July 26, 2007
       Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge