====================================================================

### * * * * * UNITED STATES DISTRICT COURT * * * * *

### NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

Civil Action  6:07-CV-766 (LEK)

IN RE RESERVE CAPITAL CORP. and          Bankr. Case No. 03-60071-6-sdg
TIOGA PARK, LLC,

                    Debtors.

JAMES W. HAWKINS and
LORI JO HAWKINS,

                    Appellants,

    -against-

CHAPTER 11 TRUSTEE,

                    Appellee.

_____  JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and

the jury has rendered its verdict.

____XX____  DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried

and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED in its ENTIRETY, in favor of the
appellee  (the decision of the Bankruptcy Court is affirmed) and against the appellants, in accordance with the DECISION and
ORDER of the Honorable Lawrence E. Kahn, United States District Judge, dated July 25, 2007.

DATE:____July 25, 2007____          *LAWRENCE K. BAERMAN*

CLERK OF THE COURT

Scott A. Snyder
**Courtroom Deputy to the**
**Honorable Lawrence E. Kahn**